THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0093-JCC |
| Plaintiff, | ORDER |
| v. | |
| JORGE ALBERTO RAMOS, | |
| Defendant. | |

This matter comes before the Court on the Government's motion for revocation of order of release and for an evidentiary hearing (Dkt. No. 70). Defendant has been charged with violating 21 U.S.C. § 831(a). (*See generally* Dkt. No. 1.) On August 14, 2020, the Honorable Erica P. Grosjean, United States Magistrate Judge for the Eastern District of California, ordered Defendant released on an appearance bond pending trial. (*See* Dkt. No. 70-1 at 4.)[1] Pursuant to the Government's request, Judge Grosjean stayed Defendant's release until August 17, 2020, at 5:00 p.m. (*See id.*)

The Government now moves for revocation of Defendant's release or, in the alternative, for a stay of the appearance bond pending further review of the Court. (*See* Dkt. Nos. 70 at 11,

---

[1] While Defendant's case was assigned to the Honorable Sheila K. Oberto, United States Magistrate Judge, Judge Grosjean presided over Defendant's detention hearings on August 13, 2020, and August 14, 2020. (*See* Dkt. No. 70-1 at 2–4.)

ORDER
CR20-0093-JCC
PAGE - 1

70-3 at 1.) Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby STAYS the appearance bond as to Defendant Jorge Alberto Ramos issued by Judge Sheila K. Oberto of the Eastern District of California on August 14, 2020, under cause number MJ20-00081-SKO, pending further order of the Court. The Court further ORDERS that this matter is REFERRED to the on-duty criminal magistrate judge of the Western District of Washington for the purposes of conducting an evidentiary hearing and preparing a report and recommendation.

DATED this 17th day of August 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE