The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JORGE ALBERTO RAMOS, <br><br> Defendant. | NO. CR20-093 RSM <br><br> **ORDER TO SEAL** |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Government's Exhibit B to Motion for Revocation of Order of Release and for an Evidentiary Hearing;

//
//
//

Order to Seal
*U.S. v. Alberto Ramos,* CR20-093 JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that the Government's Exhibit B to Motion for Revocation of Order of Release and for an Evidentiary Hearing shall remain sealed.

DATED this 19th day of August, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*S/ Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

Order to Seal
U.S. v. Alberto Ramos, CR20-093 JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970